# United States Court of Appeals for the Federal Circuit

ERRATUM

February 25, 2010

Appeal No. 2009-5076

Savantage Financial Services, Inc. v US

Decided:  February 22, 2010                    Precedential Opinion

Change the opinion as follows:

On page 8 at line 3 of the text, change "favoring" to "favor"